IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 4:18-cr-00046 |
| | ) | |
| v. | ) | GOVERNMENT'S |
| | ) | OPPOSITION TO |
| ALEXANDER SYHAVONG, | ) | DEFENDANT'S MOTION FOR |
| | ) | FURLOUGH |
| Defendant. | ) | |
| | ) | |

On August 6, 2018, Defendant filed a Motion for Furlough Prior to Sentencing. (Dkt. 26.) Defendant seeks to be released to attend the funeral services for his mother which are scheduled for August 10-11, 2018, in Des Moines, Iowa. *Id*. For the following reasons, the government opposes the motion.

1. Defendant has been adjudicated guilty of a serious offense that carries a maximum sentence of life imprisonment. (Dkt. 23.)

2. While the government understands that Defendant entered his guilty plea pursuant to a Rule 11(c)(1)(C) plea agreement with a joint recommendation for a ten-year sentence, detention pending sentencing is nonetheless required under the Mandatory Detention for Offenders Convicted of Serious Crimes Act (18 U.S.C. § 3143).

3. Under that statute, it is the Defendant's burden to show by clear and convincing evidence that the Defendant is not likely to flee or pose a danger to the safety or any other person or the community if release. Defendant has failed to produce any evidence to addresses that burden.

4. Unquestionably, release of Defendant would present safety and security concerns for the public. Defendant has been found guilty of the serious offense of conspiring to distribute methamphetamine and cocaine in the Southern District of Iowa. The Defendant admitted in his plea agreement to distributing 489 grams of actual methamphetamine and 1065 grams of cocaine, as well as possessing 188 grams of cocaine, all between October 2017 and January 2018. (Dkt. 20.) The conduct of which the Defendant is convicted is harmful to the community.

5. More than ever, the Defendant has an incentive to flee. He has been adjudicated guilty and has agreed to a ten-year prison sentence. It appears Defendant has never before been incarcerated. Given the consequences he is facting, the motive to flee is strong.

6. Moreover, if the Court grants the requested furlough, it will set a precedent of defendant who are convicted of serious offenses to ask for the same relief while pending sentencing. Nothing in the statute provides for this type of furlough relief. Granting this type of extraordinary relief under these circumstances could lead to an onslaught of similar requests from defendant who are in the same procedural position.

Accordingly, the government respectfully requests that the Court deny the Defendant's motion for a furlough.

Respectfully Submitted,

Marc Krickbaum
United States Attorney

By:    */s/ Amy Jennings* for
Mikaela J. Shotwell
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 East Court Avenue
Des Moines, Iowa 50309
(515) 473-9200
(515) 473-9292 FAX
Email: Mikaela.shotwell@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2018, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:
_____U.S. Mail _____ Fax _____Hand Delivery
  X\_\_\_\_\_ECF/Electronic filing   _____Other means

UNITED STATES ATTORNEY
By:   */s/ ALJ*
      AUSA

3