

ABOUT US | GIFT SHOP | FAQS | EN ESPAÑOL

# Som Samantha Quang



Som Samantha Quang, 44, passed away after a courageous battle with cancer on Saturday, August 4, 2018, the day before her 45th birthday.

Som was born on August 5, 1973, in Vientiane, Laos to Sao and La Quang. She worked as a material handler for Tone's Spices in Ankeny. Som was a fitness enthusiast and enjoyed running, biking, lifting weights, and Kosama. She enjoyed the outdoors and liked cooking, shopping, taking vacations, going to concerts, and watching all soap operas, but especially lakorn - Asian soap operas. Above all else, her family was her world. She loved them unconditionally and treasured time spent with them.

She is survived by her husband, Anthony Coleman; son, Alexander Syhavong (Alina Mork); daughters, Christina Syhavong and Taylor Coleman; brothers, Ai Kham Quang (May), Ai Tim Quang (Khanthaly), Ai Maymanh Quang (Phonemany); sister, Euy Pom Quang (Somphone Sayavong); and many extended family and friends.

Som was preceded in death by her parents, Sao and La Quang.

Visitation will be held from 5:00 to 7:00 p.m., with a 7:00 p.m. vigil service, Friday, August 10, 2018, at Hamilton's near Highland Memory Gardens, 121 NW 60th Ave, Des Moines. Funeral service will begin at 12:00 p.m., Saturday, August 11, 2018, also at Hamilton's, and will conclude with burial at Glendale Cemetery.

Condolences may be expressed at www.HamiltonsFuneralHome.com.

## Service Details

### VISITATION:

Friday, August 10, 2018

5:00 to 7:00 pm

with a 7:00 pm Vigil Service
Hamilton's near Highland Memory Gardens
121 NW 60th Avenue
Des Moines

### SERVICE:

Saturday, August 11, 2018

12:00 pm

Hamilton's near Highland Memory Gardens
121 NW 60th Avenue
Des Moines

### DISPOSITION:

Burial
Glendale Cemetery
Des Moines

### ARRANGEMENTS:

Hamilton's Funeral Home
605 Lyon Street
Des Moines, Iowa 50309
(515) 243-5221



