IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXANDER SYHAVONG,<br><br>    Defendant. | No. 4:18-cr-00046-RP-CFB<br><br>**ORDER** |

    This matter came before the Court for hearing on Defendant's Motion for Furlough Prior to Sentencing (ECF No. 26).  A hearing was held on August 7, 2018.  The Court considered whether Defendant's request to attend the visitation and funeral service for his mother scheduled for August 10-11, 2018, presented an exceptional circumstance or other good cause to allow Defendant to be released from custody pursuant to 18 U.S.C. §§ 3142, 3143 or 3145.  Considering the nature and circumstances of the offense, and that Defendant is a pre-sentence detainee (having entered a Plea on May 29, 2018), the Court finds that the release plan presented for Defendant to receive a furlough in the custody of his step-father and fiancé, does not reasonably assure the Court of the safety of the community.  Defendant's Motion for a Furlough (ECF No. 26) is denied.

    **IT IS SO ORDERED.**

    Dated this 8th day of August, 2018.

**CELESTE F. BREMER**
**UNITED STATES MAGISTRATE JUDGE**